# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAIME WAGGONER, et al., | ) | Case No. 2:17-cv-00281-JAD-NJK |
| Plaintiff(s), | ) ) | ORDER |
| vs. | ) ) | |
| CHILDREN'S LEARNING ADVENTURE OF NEVADA, LLC, et al., | ) ) ) | |
| Defendant(s). | ) ) | |

The docket, pleadings, and subsequent filings in this case include the full name of the minor for whom Jaime and Mariacielo Waggoner are appearing as legal guardians. Parties are required to use only a minor's initials rather than the minor's full name in court filings. *See* Fed. R. Civ. P. 5.2(a)(3); Local Rule IC 6-1(a)(2). The Court recognizes that the minor's name is included in the official record of the state court proceedings prior to removal, *see* Docket No. 1, and that the Federal Rules of Civil Procedure provide an exemption from the redaction requirements for the state court record, *see* Fed. R. Civ. P. 5.2(b)(3).[1] As a result, the full name of the minor in this case is already a matter of public record. Nonetheless, the Court finds it in the interest of justice to protect the minor's identity in this case moving forward, in an attempt to minimize the minor's loss of privacy.

---

[1] Moreover, Plaintiff's guardians have potentially waived the minor's privacy rights. *See* Fed. R. Civ. P. 5.2(h); *see also* Docket No. 7 (the parties' filing including minor's full name).

Accordingly, the Court **INSTRUCTS** the Clerk's Office to replace the minor's name on the docket with initials. The Court further **ORDERS** that, moving forward, counsel shall use only the minor's initials on all filings, and not the minor's full name.

IT IS SO ORDERED.

DATED: March 13, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge