UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAIME WAGGONER, et al., | |
| Plaintiff, | 2:17-cv-00281-JAD-NJK |
| vs. | **O R D E R** |
| CHILDREN'S LEARNING ADVENTURE OF NEVADA, LLC, et al., | |
| Defendants. | |

    Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 7. Under Local Rule 26-1(b)(1), "[u]nless the court orders otherwise, discovery periods longer than 180 days from the date the first defendant answers or otherwise appears will require special scheduling review." Additionally, "[p]lans requesting special scheduling review must include . . . a statement of the reasons why longer or different time periods should apply to the case." Local Rule 26-1(a).

    In this case, as the parties acknowledge, Defendant Children's Learning Adventure of Nevada, LLC first appeared by filing a petition for removal on January 30, 2017. Docket No. 1; Docket No. 7 at 2. However, the parties calculate the deadlines in their proposed discovery plan based on a discovery cut-off date that is 180 days from March 9, 2017, without explaining why longer or different time periods should apply to this case. Docket No. 7 at 2. Thus, the parties' proposed discovery plan does not comply with this Court's Local Rules.

1   Accordingly, the Court hereby **DENIES** the parties' stipulated proposed discovery plan and
2   scheduling order. Docket No. 7. The parties shall file a proposed discovery plan that complies with
3   the Local Rules, no later than March 15, 2017.
4   IT IS SO ORDERED.
5   DATED: March 13, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge