ROBERT A. RABBAT, ESQ.
Nevada Bar No.: 12633
Email: rrabbat@enensteinlaw.com
TESS E. JOHNSON, ESQ.
Nevada Bar No.: 13511
Email: tjohnson@enensteinlaw.com
ENENSTEIN RIBAKOFF LAVIÑA & PHAM
3960 Howard Hughes Parkway, Suite 280 Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## ISTRICT OF NEVADA

| | |
|---|---|
| C.W., a minor, by and through her parents and legal guardians MARIACIELO WAGGONER AND JAIME WAGGONER,,<br><br>          Plaintiff,<br>vs.<br><br>CHILDREN'S LEARNING ADVENTURE OF NEVADA, LLC, a Nevada limited liability company; CHILDREN'S LEARNING ADVENTURE USA, an Arizona limited liability company; and DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>          Defendants. | CASE NO: 2:17-cv-00281 |

## SUBSTITUTION OF ATTORNEY

ROBERT A. RABBAT, ESQ. and TESS E. JOHNSON, ESQ. of the law firm ENENSTEIN RIBAKOFF LAVINA & PHAM, counsel of record for Plaintiffs, C.W., a minor, by and through her parents and legal guardians MARIACIELO WAGGONER and JAIME WAGGONER, in the above-captioned action, do hereby consent to the substitution of JONATHAN R. HICKS, ESQ. and ALISON M. BRASIER, ESQ., of HICKS & BRASIER,

1

PLLC, as counsel for Plaintiffs in place and stead of ROBERT A. RABBAT, ESQ. and TESS E. JOHNSON, ESQ. of the law firm ENENSTEIN RJBAKOFF LAVINA & PHAM..

DATED THIS 28th day of March, 2017.

ENENSTEIN RIBAKOFF LA VINA & PHAM

ROBERT A. RABBAT, ESQ.
Nevada Bar No. 12633
Email: rrabbat@enensteinlaw.com
TESS E. JOHNSON, ESQ.
Nevada Bar No.: 13511
Email: tjohnson@enensteinlaw.com
3960 Howard Hughes Parkway, Suite 280
Las Vegas, Nevada 89169
Tel: (702) 468-0808
Fax: (702) 920-8228
*Attorneys for Plaintiffs*

I, ALISON M. BRASIER. ESQ, of HICKS & BRASIER, PLLC, do hereby agree to be substituted in the place of the law firm ENENSTEIN RIBAKOFF LA VINA & PHAM, as attorney for Plaintiffs, C.W., a minor, by and through her parents and legal guardians MARIACIELO WAGGONER and JAIME WAGGONER, in the above-captioned action.

DATED THIS 22 day of March, 2017.

HICKS & BRASIER, PLLC

ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
4101 Meadows Lane, Suite 210
Las Vegas, Nevada 89107

I, MARIACIELO WAGGONER, hereby consent to the substitution as counsel of record above in the above-captioned action.

DATED THIS 28th day of March, 2017.

_____
MARIACIELO WAGGONER

I, JAIME WAGGONER, hereby consent to the substitution as counsel of record above in the above-captioned action.

DATED THIS 28 day of MARCH, 2017.

_____
JAIME WAGGONR

IT IS SO ORDERED.

Dated: March 29, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

3