**JORGE A. RAMIREZ**
Nevada Bar No. 6787
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Jorge.Ramirez@wilsonelser.com
Patrick.Davis@wilsonelser.com
*Attorneys for Children's Learning Adventure of Nevada, LLC and Children's Learning Adventure USA, LLC*

UNITED SATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAIME WAGGONER, et al., | CASE NO: 2:17-cv-00281-JAD-NJK |
| Plaintiff, | |
| v. | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| CHILDREN'S LEARNING ADVENTURE OF NEVADA, LLC, a Nevada limited liability company; CHILDREN'S LEARNING ADVENTURE USA, an Arizona limited liability company; and DOES I though X; and ROE CORPORATIONS XI through XX,, | |
| Defendants. | |

Defendants, Children's Learning Adventure of Nevada, LLC and Children's Learning Adventure USA, LLC, hereby provides notice that Patrick J. Davis, Esq. is no longer associated with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP and requests that Mr. Davis be

. . .

. . .

. . .

1132185v.1

removed from the CM/ECF service list. Jorge A. Ramirez, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP will continue to represent Defendants.

DATED this 5th day of April, 2017.

        **WILSON, ELSER, MOSKOWITZ,**
        **EDELMAN & DICKER LLP**

        BY: _____
        **JORGE A. RAMIREZ**
        Nevada Bar No. 6787
        300 South Fourth Street, 11th Floor
        Las Vegas, NV 89101
        (702) 727-1400; FAX (702) 727-1401
        *Attorneys for Children's Learning*
        *Adventure of Nevada, LLC and Children's*
        *Learning Adventure USA, LLC*

IT IS SO ORDERED.

Dated: April 6, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge