UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| C.W., a minor, by and through her parents and legal guardians Mariacielo Waggoner and Jaime Waggoner, et al.,<br><br>　　Plaintiffs<br><br>v.<br><br>Children's Learning Adventure of Nevada, LLC, et al.,<br><br>　　Defendants | 2:17-cv-00281-JAD-NJK<br><br>**Remand Order**<br><br>**[ECF No. 13]** |

For the reasons stated on the record during today's hearing on the Motion to Remand,

IT IS HEREBY ORDERED that the Motion to Remand **[ECF No. 13] is GRANTED; this case is remanded back to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-16-748299-C, Dept. No. 12.** The Clerk of Court is directed to DENY all motions without prejudice and CLOSE THIS CASE.

Dated October 2, 2017

_____
Jennifer A. Dorsey
United States District Judge